IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAGISTRATE JUDGE DENLOW

FILED
JAN 2 4 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

JUDGE NORGLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 08CR 0057 |
| v. ) | |
| ) | Violations: Title 21, United States |
| KENNETH ZIGAS ) | Code, Section 841(a)(1), Title 18, |
| ) | United States Code, Section |
| ) | 924(c)(1)(A) |

FILED
J.N JAN 24-08
JAN 2 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COUNT ONE

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about October 28, 2003, at Hickory Hills, in the Northern District of Illinois, Eastern Division,

KENNETH ZIGAS,

defendant herein, knowingly and intentionally possessed with intent to distribute and distributed a controlled substance, namely, in excess of five grams of mixtures containing cocaine base in the form of "crack" cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## **COUNT TWO**

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about November 12, 2003, at Hickory Hills, in the Northern District of Illinois, Eastern Division,

KENNETH ZIGAS,

defendant herein, knowingly and intentionally possessed with intent to distribute and distributed a controlled substance, namely, in excess of five grams of mixtures containing cocaine base in the form of "crack" cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about November 12, 2003, at Hickory Hills, in the Northern District of Illinois, Eastern Division,

KENNETH ZIGAS,

defendant herein, knowingly possessed a firearm, namely, one RG Industries .38 caliber revolver bearing serial number 027068, in furtherance of, and carried and used that firearm during and in relation to, a drug trafficking crime, for which he may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 841, as more fully set forth in Count Two of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL:

FOREPERSON

UNITED STATES ATTORNEY