## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles R. Norgle | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 57 - 1 | **DATE** | 1/29/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. KENNETH ZIGAS | | |

**DOCKET ENTRY TEXT**

The Clerk of Court is directed to unseal the court file in this case. Arraignment held. Counsel is appointed to represent the defendant,. The defendant enters a plea of not guilty as to all counts. 16.1 conference to be held within ten days. Pretrial motions are due on or before 2/22/2008; the government's response is due on or before 3/7/2008; and defendant's reply is due on or before 3/14/2008. Status hearing is set for 3/14/2008 at 10:30 a.m. Time is excluded until 3/14/2008. (X-T)

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | EF |
|---|---|---|