# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles R. Norgle | **Sitting Judge if Other than Assigned Judge** | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 57 - 1 | **DATE** | 2/1/2008 |
| **CASE TITLE** | USA vs. Kenneth Zigas | | |

**DOCKET ENTRY TEXT**

Detention hearing held and continued to 2/6/08 at 9:30 a.m.

Docketing to mail notices.

0:02

| | Courtroom Deputy Initials: | DK |
|---|---|---|