## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 57 - 1 | **DATE** | 2/6/2008 |
| **CASE TITLE** | USA vs. Kenneth Zigas | | |

**DOCKET ENTRY TEXT**

Case called for detention hearing. Defendant waives his right to a detention hearing without prejudice. Defendant ordered bound to the District Court for further proceedings in the custody of the U.S. Marshal.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | DK |
|---|---|---|