# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                          Case No.: 1:08−cr−00057
                                                Honorable Charles R. Norgle Sr.

Kenneth Zigas

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 11, 2008:

      MINUTE entry before Judge Honorable Charles R. Norgle, Sr. as to Kenneth Zigas: Status hearing held on 4/11/2008. Change of plea hearing is set for 4/25/2008 at 10:30 a.m. Time is excluded until 4/25/2008. Mailed notice (ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.