# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 57 | **DATE** | 5/9/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. KENNETH ZIGAS | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant withdraws his plea of not guilty and enters a plea of guilty as to Counts One and Two of the indictment. Defendant is informed of his rights. Judgment of guilty is entered on the plea. Case is referred to the probation department for a presentence investigation. Sentencing is set for July 18, 2008 at 10:30 a.m.

20 minutes

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|