UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     vs. | ) | 08 CR 57-1 |
| | ) | |
| KENNETH ZIGAS, | ) | Judge Charles R. Norgle, Sr. |
|     Defendant. | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

TO:    J. Gregory Deis                          Cristina Figueroa
         Assistant United States Attorney     U.S. Probation Officer
         219 South Dearborn Street, 5th Floor  55 East Monroe Street – Suite 1500
         Chicago, IL 60604                     Chicago, IL 60603

       **PLEASE TAKE NOTICE** that on **Friday, July 19, 2008,** we have electronically filed the following document:

**DEFENDANT KENNETH ZIGAS' SENTENCING MEMORANDUM**

                                           Respectfully submitted,

                                           KENNETH ZIGAS

                             By:    s/ Patrick E. Boyle
                                      By his attorney Patrick E. Boyle

Law Offices of Patrick E. Boyle
**PATRICK E. BOYLE**
155 N. Michigan Ave., Suite 562
Chicago, IL 60601
(312) 565-2888

**CERTIFICATE OF SERVICE**

      The undersigned Attorney certifies that the following Notice of Filing was served on **Friday, July 19, 2008**, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                              By:    s/ Patrick E. Boyle
                                                              PATRICK E. BOYLE

Law Offices of Patrick E. Boyle
**PATRICK E. BOYLE**
155 N. Michigan Ave., Suite 562
Chicago, IL 60601
(312) 565-2888